UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BRIAN F. ROGER, | Case No. 2:13-cv-01646-APG-VCF |
|---|---|
| Plaintiff, | **Order Dismissing Case With Prejudice** |
| v. | |
| APARTMENT MANAGEMENT CONSULTANTS, LLC, et al., | |
| Defendants. | |

On September 17, 2013, Magistrate Judge Ferenbach entered his Order & Report & Recommendation [Dkt #2] recommending dismissal of Plaintiff's Complaint [Dkt #1-1] with prejudice. To date, no objection has been filed to that Report & Recommendation.

The court has conducted a de novo review of the matters set forth in the Report & Recommendation. Magistrate Judge Ferenbach's Report and Recommendation sets forth the proper legal analysis, and the factual basis, for the decision. Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation is accepted.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Clerk of the Court is directed to enter Judgment accordingly.

Dated: December 17, 2013.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE